■ THERESA DARIENZO et al., Respondents, v. SELBERN SHOE COMPANY, INC., Appellant.— In a personal injury action, defendant appeals from an order of the Supreme Court, Kings County, dated July 28, 1971, which denied its motion to dismiss all the causes of action in the complaint for lack of jurisdiction over its person (CPLR 3211, subd. [a], par. 8), without prejudice to interposition of the jurisdictional objection in its answer. Order reversed, without costs, and motion remitted to Special Term for a hearing solely on

the question of jurisdiction and a new determination. The motion papers presented sharp questions of fact concerning the essential jurisdictional requirements of CPLR 302. It is our opinion that in such a situation it is preferable to order an immediate hearing on the factual questions, pursuant to CPLR 3211 (subd. [c]), rather than await the trial for determination thereof. Shapiro, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.